Argued May 16, affirmed June 27, 1978

GOHLKE, *Respondent,*
*v.*
GENERAL FOODS CORPORATION, *Petitioner.*
(No. 77-874, CA 10386)
579 P2d 1315

Noreen K. Saltveit, Portland, argued the cause for petitioner. With her on the brief was Merten & Saltveit, Portland.

James D. Vick, Salem, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Company,* 33 Or App 241, 576 P2d 27 (1978).